NIGHT BOX
FILED

FEB 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO. 0-06162
CIV-ZLOCH
MAGISTRATE
SE___

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGELA S. ADDERLY,

        Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?_____Yes ✓ No

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

BY:  MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET
     Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9376
     Fax No. (305) 530-7195
     Bar No. A5500282

DATED __1/31/00__