AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

FEB 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**SUMMONS IN A CIVIL ACTION**

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

ANGELA S. ADDERLY
5496 NW 23RD ST.
LAUDERHILL, FL 33313

Case Number: 0-06162 CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: (Name and Address of Defendant)

ANGELA S. ADDERLY
5496 NW 23RD ST.
LAUDERHILL, FL 33313

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

FEB 1 2000

Clarence Maddox CLERK                          _____ DATE

_[signature]_
(BY) DEPUTY CLERK