# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

Case Number: CIV-ZLOCH

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

ANGELA S. ADDERLY
5496 NW 23RD ST.
LAUDERHILL, FL 33313

MAGISTRATE JUDGE SELTZER

3-22-00

**TO:** (Name and Address of Defendant)

ANGELA S. ADDERLY
5496 NW 23RD ST.
LAUDERHILL, FL 33313

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK                         FEB 1 2000       DATE

_____
(BY) DEPUTY CLERK

AFFIDAVIT OF SERVICE

Case No: 00-6162 CIV-ZLOCH

TO BE SERVED:
ANGELA C. ADDERLY
5400 N.W. 23RD STREET
LAUDERHILL, FLORIDA

COURT:
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
vs.
ANGELA C. ADDERLY

WRIT:
SUMMONS IN A CIVIL ACTION

SERVED FOR:
MARY F. DOOLEY, AUSA

INFORMATION:
Court Date:
Court Time:
Witness Fee:
Doc Type: Original
Atty File #:

99 N.E. 4th STREET, SUITE 700
MIAMI, FLORIDA 33132

I received this process 03/20/00 at 10:41 AM and it was served 03/27/00 at 8:20 PM in BROWARD COUNTY, FLORIDA.

ON: ANGELA C. ADDERLY
AT: 5400 N.W. 23RD STREET
    LAUDERHILL, FLORIDA

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me and a copy of the complaint, petition or initial pleading on favor thereof by a plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years, to wit:

WILLIAM ADDERLY
BROTHER

and informing such person of their contents.

OTHER SERVICE:

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(b) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 58 U.S.C.A., and Section 1692 Fl. Stat.

The foregoing instrument was acknowledged before me this 27 day of March, 2000 by BARRY F. RICE, who is personally known to me, or who has produced a D/L as identification and did/did not take an oath.

PROCESS SERVER: BARRY F. RICE (BF006)
CAPLAN/MacKINNON & KAYE   (305) 374-3426
CPS Number:   752704

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK