UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-06162-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ANGELA S. ADDERLY

    Defendant.
_____/

FILED by _____ D.C.
DKTG
MAY 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**DEFENDANT'S DEFAULT**

DEFAULT ENTERED as to defendant, Angela S. Adderly, on this *1st* day of *May*, 2000.

    Clarence Maddox
    COURT ADMINISTRATOR
    CLERK OF THE COURT

BY: _____
    DEPUTY CLERK