UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGELA S. ADDERLY,

    Defendant.
_____/

**ORDER ENTERING DEFAULT**

FILED by _____ D.C.
MAY 0 2 2000

    THIS MATTER is before the Court sua sponte. The Court having carefully reviewed the entire court file herein and being otherwise fully advised in the premises, notes that the Defendant, Angela S. Adderly, was duly served with a copy of the Summons and Complaint in this matter, but has failed to respond to said Complaint within the time prescribed by law. The Court further notes that a Default has been entered against the Defendant, Angela S. Adderly, by the Clerk of the United States District Court for the Southern District of Florida on May 1, 2000.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Default entered against the Defendant, Angela S. Adderly, by the Clerk of the United States District Court for the Southern District of Florida on May 1, 2000, be and the same is hereby approved and ratified; and

    2. On or before May 9, 2000, the Plaintiff, United States of America, shall submit a proposed Default Final Judgment as to the



Defendant, Angela S. Adderly, with supporting Affidavits.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of May, 2000.

                                                        _____
                                                        WILLIAM J. ZLOCH
                                                        United States District Judge

Copies furnished:

Mary F. Dooley, Esq., AUSA
For Plaintiff

Angela Adderly
5496 NW 23rd Street
Lauderhill, Florida 33313
Defendant Pro Se

2